

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Bennie Paul Lewis  III v. Alexis Brittany Lewis

Appellate case number:   01-19-00857-CV

Trial court case number:  14-FD-1399

Trial court:              County Court at Law No 1 of Galveston County

   The Court issued an order on July 7, 2020 threatening dismissal for lack of jurisdiction because the request for findings of fact and conclusions of law appeared to be untimely filed. However, the Court has discovered that the request for findings and conclusions was timely filed and therefore the notice of appeal filed on November 4, 2020 was timely filed.

   The Court withdraws the order of July 7, 2020.  Appellant's brief is due **within 30 days of the date of this order**.

   It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
     ☑ Acting individually    ☐ Acting for the Court


Date:  ___December 22, 2020_____